# SUPREME COURT of *Pennsylvania,*

## *April* Term, 1779.

---

### RESPUBLICA *verſus* CORNELIUS SWEERS.

AT a Court of *Oyer and Terminer* &c. held at *Philadelphia* in *No-vember,* 1778, the Defendant was indicted for *Forgery* upon two bills. The proceedings were removed by *certiorari* returnable into this Court, on the 5th day of *December* following; and the iſſues, on *not guilty* pleaded, were tried before a Special Jury on the 14th *April,* 1779, when the Defendant was convicted upon both indictments. Afterwards he filed reaſons in arreſt of judgment, of which a recapitulation will be found in the ſentence of the Court; and theſe reaſons were argued, and over-ruled, on the 19th day of the ſame month.

The *firſt* indictment was for *altering* a bill of parcels and receipt given by *Margaret Duncan,* for goods bought from her, with intent to defraud the *United States;* and the charge was ſet forth in the following words:

" *Philadelphia* County ff.
" The Jurors for the Commonwealth of *Pennſylvania,* upon
" their oaths and affirmations, do preſent, that *Cornelius Sweers,*
" late of the county aforeſaid yeoman, on the 4th day of *February,*
" in the year of our Lord 1778, and long before, and ſince, was
" a Deputy Commiſſary General of military ſtores, in the armies
" of the *United States of America,* and entruſted and employed by
" Colonel *Benjamin Flowers,* the Commiſſary General of military
" ſtores in the armies aforeſaid, and by the honorable continental
" Congreſs, to make purchaſes of military ſtores, and of divers
" other articles, neceſſary and fitting in the preparation of military
" ſtores, for the uſe of the armies aforeſaid, and to make payments;
" and take receipts, bills of parcels, and other vouchers therefor.
" And the Jurors aforeſaid, upon their oaths and affirmations afore-
" ſaid, do ſay, and further preſent, that the ſaid *Cornelius Sweers,*
F " on

" on the fame 4th day of *February*, in the year aforefaid, at the city
" of *Philadelphia*, in the county aforefaid, having in his cuftody
" and poffeffion a certain bill of parcels or account, with a certificate
" and receipt, all in writing, for a parcel or quantity of flannel
" cloth, by him purchafed of one *Margaret Duncan*, for the ufe of
" the *Laboratory* of the fame armies, and which faid writing was in
" the words, figures, cyphers and letters following; that is to fay:

" United States of America
" To Margaret Duncan    Dr.

| | | | £ | | |
|---|---|---|---|---|---|
| " 1778, *Feb.* 4th To 57 & a qr, yard Flannel | 32/6d | £ | 83 | 5 | 7 |
| " To 9 yds Do. | 35/ | | 15 | 15 | 0 |
| " To 107 & 3 qr. yds Do. | 52/6 | | 282 | 16 | 10 |

381 17 5

" I do certify that the above was purchafed and de-
" livered to me for the ufe of the *Laboratory* at *Carlifle.*

*Ifaac Corun*, Captain of the Artillery.

" and on the back fide of which faid writing is indorfed and written
" the words following; that is to fay: Received the within con-
" tents in full *Margaret Duncan*: He the faid *Cornelius Sweers* af-
" terwards, to wit, on the fame day and year aforefaid, at *Philadel-*
" *phia* aforefaid, in the county aforefaid, with force and arms, the
" faid bill of parcels or writing, falfely, fraudulently, and deceit-
" fully, did alter, and caufe to be altered, by falfely making, forg-
" ing and adding the figure 4 to and before the figure 9, in the fe-
" cond *item* of the faid bill of parcels or writing, which figures and
" letters did, before fuch laft mentioned forgery, import and fignify
" nine yards, but by reafon and means of fuch laft mentioned for-
" gery and addition, did become, import, and fignify forty nine
" yards; and alfo by forging and altering the figure 1, in the fum of
" the faid fecond *item* in the bill of parcels or writing aforefaid, to
" the figure 8; which figures did, before fuch laft mentioned alte-
" ration and forgery, import and fignify fifteen pounds, and fifteen
" fhillings, but, by reafon and means of fuch laft mentioned altera-
" tion and forgery, did become, import and fignify eighty five
" pounds and fifteen fhillings; and alfo by falfely forging and alter-
" ing the figure 3 to the figure 4, and the figure 8 to the figure 5, in
" the fum total or amount of the faid bill of parcels or writing;
" which figures did, before fuch laft mentioned forgery and altera-
" tion, import and fignify three hundred and eighty one pounds,
" feventeen fhillings and five pence, but, by reafon and means of
" fuch laft mentioned forgery and alteration, did become, import
" and fignify four hundred and fifty one pounds, feventeen fhillings
" and five pence, with intention to defraud the *United States of Ame-*
" *rica* aforefaid, of feventy pounds, of lawful money of *Pennfylva-*
" *nia*, to the evil example of all others, in like cafe offending, to
" the great damage of the faid *United States*, and againft the peace
" and dignity of the Commonwealth of *Pennfylvania.*"

The

The *second* indictment was for *forging* a receipt, purporting to be 1779. a receipt from one *Adam Foulke*, with intent to defraud the *United States*. It was expressed in the following words :

" *Philadelphia* County ff.

" The Jurors for the Commonwealth of *Pennsylvania*, upon " their oaths and affirmations, do present, that *Cornelius Sweers*, " late of the county aforesaid, yeoman, on the first day of *July*, in " the year of our Lord one thousand seven hundred and seventy " seven, and long before, and since, was a clerk to the department " of the Commissary General of military stores, in the armies of " the *United States of America*, and entrusted and employed by Colo- " nel *Benjamin Flowers*, the Commissary General of military stores " in the armies aforesaid, and by the honorable continental Con- " grefs, to make payments, and take receipts, bills of parcels, and " other vouchers, for military stores, and for divers articles, necef- " fary and fitting in the preparation of military stores, purchased " for the use of the armies aforesaid, and to keep the accounts " thereof: And the Jurors aforesaid, upon their oaths and affirma- " tions aforesaid, do further present, that the same *Cornelius Sweers*, " on the same day and year aforesaid, at the city of *Philadelphia*, in " the county aforesaid, contriving and intending, falsely and frau- " dulently, to deceive and defraud the United States aforesaid, " with force and arms, falsely, wickedly and unlawfully, did " make, forge and counterfeit, and cause to be made, forged and " counterfeited, a certain writing, purporting to be a receipt for " one thousand and twenty pounds and fifteen shillings, and pur- " porting to be signed in the name of one *Adam Foulk*, in the words " and figures following,to wit, " 3 Rec'd. rft *July* 1777 of Col. *B.* " *Flower*, C. G. M. S. one thousand and twenty pounds 15 f. for " 820 bayonet belts, and 920 cartouch boxes, for the use of the ar- " my.

£. 1020—15                                                    *Adam Foulk.*

" to the evil example of all others in like case offending, to the " great damage of the United States, and against the peace and dig- " nity of the Commonwealth of *Pennsylvania*. And the Jurors " aforesaid, upon their oaths and affirmations aforesaid, do further " present, that the said *Cornelius Sweers*, contriving and intending " the said *United States*, falsely and fraudulently, to deceive and de- " fraud, then and there, with force and arms, the said writing, so " as aforesaid falsely made and counterfeited, purporting to be a re- " ceipt for the sum of one thousand and twenty pounds and fifteen " shillings, and purporting to be signed in the name of the said " *Adam Foulk*, wickedly, unlawfully and fraudulently, did publish, " and cause to be published, as and for a true writing and receipt of " the said *Adam Foulke*; which said falsely forged and counterfeited
" writing

" writing, is in the words and figures following to wit " 3 Rec'd
" 1ſt *July* 1777 of Col. *B. Flower, C. G. M.* S. one thouſand
" and twenty pounds 15ſ. for 820 bayonet bolts and 920 cartouch
" boxes for the uſe of the army.

 £ 1020—15          *Adam Foulk.*

" (he the ſaid *Cornelius Sweers*, at the time of publiſhing the ſaid
" falſe and counterfeit writing there by him in form aforeſaid, well
" knowing the ſaid writing to have been falſely forged and counter-
" feited as aforeſaid,) to the evil example of all others in like caſe
" offending, to the great damage of the ſaid *United States*, and
" againſt the peace and dignity of the Commonwealth of *Pennſylva-*
" *nia.*"

The priſoner being brought before the Court to receive ſentence,
M'KEAN, *Chief Juſtice*, addreſſed him to the following effect:

*Cornelius Sweers* :—After a fair and full trial, you have been con-
victed of the crime of *Forgery*, upon two indictments, by a Special
Jury of your country. The offence ſtated in the *firſt* indictment, is
that of altering a receipt given by *Margaret Duncan* ; and the charge
contained in the *ſecond* indictment, is that of forging a receipt, pur-
porting to be the receipt of *Adam Foulke.* Your council have taken
ſeveral exceptions to the form and ſubſtance of theſe indictments,
upon a motion in arreſt of judgment.

The *firſt* exception was, " that, at the time of the offence charg-
" ed, the *United States* were not a body corporate known in law."
But the Court are of a different opinion. From the moment of
their aſſociation, the *United States* neceſſarily became a body corpor-
ate ; for, there was no ſuperior from whom that character could
otherwiſe be derived. In *England*, the king, lords, and commons,
are certainly a body corporate ; and yet there never was any charter
or ſtatute, by which they were expreſsly ſo created. An indictment,
however, may be ſufficiently maintained upon " an intent to de-
" ceive my liege ſubjects ;" and to that purpoſe there is a poſitive
authority, not referred to by the council, where a perſon was indict-
ed, for having in his cuſtody a piece of baſe metal, in the ſimilitude
of a ſix-pence, knowing it to be baſe, with intent to defraud the
liege ſubjects &c.

The *ſecond* exception was, " that the charges in the indictments,
" were not direct and poſitive, but only argumentative." On this
point we cannot heſitate to declare, that the charges appear to us to
be as direct and poſitive, as it was poſſible to expreſs them.

The *third* exception was, " that the indictments do not charge
" that any perſon was actually defrauded." But in the *King* verſus
*Webb* 2 *Ld. Ray.* 1461, all the Judges declared, that if the cheat
be prejudicial, that is, of ſuch a nature as may prejudice, an indict-
               ment

1779.

ment would well lie. In the cafe of forgery, properly fo called, which includes only records, deeds, wills, or public inftruments, it may, perhaps, be neceffary that fome perfon fhould be actually prejudiced. This rule, however, does not extend to cheats of the prefent defcription; in which it is fufficient, that the act be of a prejudicial nature.

Upon the whole, we are of opinion, that your conviction has been legal, as well as juft; and, therefore, it only remains to pronounce the fentence of the Court.

Sentence, on the firft indictment:—A fine of £. 70. and imprifonment until the 4th of July, the anniverfary of *American* Independence.

Sentence, on the fecond indictment:—A fine of £. 1020. Imprifonment until the next annual election for *Pennfylvania,* and ftanding in the pillory for one hour.